FLORENCE E. RILEY, Appellant, *v.* CHARLOTTE CARLTON, Respondent.

Argued May 18, 1943; decided June 18, 1943.

*Esmond Murphy* for appellant.

*Frank Gibbons* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.